```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
```

JOEL HELFMAN,

    Plaintiff,

vs                                                      Case No: 06-13528
                                                      Honorable Victoria A. Roberts

GE GROUP LIFE ASSURANCE COMPANY, ET AL,

    Defendant.
_____/

## ORDER

The Court held a telephone status conference on Thursday, October 4, 2007. Attending were Tamara Fraser representing the Plaintiff, James Brenner representing GE Group Life Assurance Company and Genworth Life Insurance Company, and Kim Ruppel representing the Sun Life Assurance company of Canada. Based on the discussion held, the following is ordered.

    1.    The parties have 90 days to engage in discovery on matters pertaining to the "safe harbor provisions." See 29 CFR 2510.3-1.

    2.    Defendant is allowed discovery pertaining to the Plaintiff's tax returns for 2004-2006.

    3.    A telephone status conference is scheduled for January 15, 2008 at 2:30 p.m. The Court will initiate the conference call.

**IT IS ORDERED.**

                                            /s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: October 9, 2007

---
The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 9, 2007.

s/Linda Vertriest
Deputy Clerk

---

IT IS ORDERED.